**Order entered January 29, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-01183-CR
No. 05-19-01184-CR

**BRADLEY MORRIS KNIERIEM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-81009-2018 & 401-81010-2018**

## ORDER

The deadline for filing the reporter's record, initially November 16, 2019, was extended to December 16, 2019. When it was not timely filed, we notified court reporter Kimberly Tinsley by postcard dated December 18, 2019 and directed her to file by January 17, 2020 (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification appellant had not requested the reporter's record. To date, the reporter's record has not been filed and we have had no communication from Ms. Tinsley.

We **ORDER** the reporter's record filed by **February 18, 2020**. We caution Ms. Tinsley that the failure to file the reporter's record by that date may result in the Court taking whatever

remedies it has available to ensure these appeals proceed in a timely fashion, which may include ordering she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Mark Rusch, Presiding Judge, 401st Judicial District Court; to Kimberly Tinsley, official court reporter, 401st Judicial District Court; and to counsel for all parties.


/s/    ROBERT D. BURNS, III
CHIEF JUSTICE